**ORDERED ACCORDINGLY.**



Dated: March 29, 2010

_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Tel: 623-939-6546
Fax: 623-939-6718
Email: attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In Re: | Chapter 13 Proceedings |
| **JOHN R. VOWELL and PATRICIA A. VOWELL**, | Case No. 2:09-bk-05844-GBN |
| Debtors. | **ORDER GRANTING EXTENSION OF TIME TO COMPLY WITH TRUSTEE'S RECOMMENDATIONS ON AMENDED PLAN** |

Pursuant to Debtors' Motion for Extension of Time to Comply with Trustee's Recommendations on Amended Plan, and good cause appearing,

IT IS HEREBY ORDERED that an extension of the deadline to comply with the Trustee's Recommendations is hereby granted until April 1, 2010.

DONE IN OPEN COURT this _____ day of _____, 2010.

_____
Honorable George B. Nielsen, Jr.
United States Bankruptcy Court